UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Laidi Reyes and Carlos Roberto Reyes and Victor Manuel Sanchez,

        Plaintiffs,

-against-

Tru by Mur, Inc. and Igor Fazylov,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2023
```

22 Civ. 8599 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 11, 2022, the Court ordered the parties to file a joint letter and proposed case management plan by February 8, 2023. ECF No. 9. The parties did not file their submissions. Accordingly, by **February 23, 2023**, the parties shall file their submissions.

    SO ORDERED.

Dated: February 9, 2023
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge