```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/27/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Laidi Reyes                and
Carlos Roberto Reyes       and
Victor Manuel Sanchez,

                Plaintiffs,

-against-

Tru by Mur, Inc.           and
Igor Fazylov,

                Defendants.

22 Civ. 8599 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In their proposed case management plan, the parties indicate that they consent to conducting all further proceedings before a magistrate judge. ECF No. 22 at ¶ 1. Accordingly, by **March 6, 2023**, the parties shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge. See ECF No. 10.

    SO ORDERED.

Dated: February 27, 2023
       New York, New York

                                            **ANALISA TORRES**
                                         United States District Judge