UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAIDI REYES, CARLOS ROBERTO REYES, and VICTOR MANUEL SANCHEZ,<br><br>                    Plaintiffs,<br><br>   -v-<br><br>TRU BY MUR, INC. and IGOR FAZYLOV,<br><br>                    Defendants. | CIVIL ACTION NO.: 22 Civ. 8599 (AT) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 24). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Wednesday, March 8, 2023, at 12:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:   New York, New York
         February 28, 2023

                                                    SO ORDERED.

                                                    _____
                                                    SARAH L. CAVE
                                                    United States Magistrate Judge