UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAIDI REYES, CARLOS ROBERTO REYES, and VICTOR MANUEL SANCHEZ,

                Plaintiffs,

-v-

TRU BY MUR, INC. and IGOR FAZYLOV,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 8599 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference to schedule a settlement conference held today, March 8, 2023, the Court orders as follows:

1. By **Wednesday, March 15, 2023**, the parties shall file their joint letter-motion requesting transfer to the United States District Court for the Eastern District of New York (the "Transfer Motion").

2. The Court holds in ABEYANCE the scheduling of a settlement conference until the Honorable Analisa Torres rules on the Transfer Motion.

Dated:    New York, New York
            March 8, 2023

                                    SO ORDERED.

                                    */s/ Sarah L. Cave*
                                    **SARAH L. CAVE**
                                    **United States Magistrate Judge**